Arthur E. Burr, Frank L. Simpson and J. Howard Edwards as Trustees in Bankruptcy of the Port Tampa Phosphate Company, Appellants, v. Joseph Hull, Prairie Pebble Phosphate Company, a Corporation, and Savannah Trust Company, a Corporation, Appellees.

An Appear from a Decree of the Circuit Court within and for the County of Polk.

Appeal dismissed on motion and stipulation of counsel for the respective parties.

*E. R. Gunby* and *James F. Glen,* for Appellants.

*Geo. C. Bedell* and *Wilson & Swearingen,* for Appellees.

---

Moses Melvin, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of Error to a judgment of the Circuit Court within and for the County of Bay.

Writ of Error dismissed on motion of counsel for plaintiff in error at costs of Bay County.

*J. R. Wells,* for Plaintiff in Error;

No appearance for Defendant in Error.